# SUPREME COURT OF HAWAI'I

**May 31, 2005**

| | | |
|---|---|---|
| 24249 | Concerned Citizens of Pālolo v. Korean Buddhist Dae Won Sa Temple of Hawai'i | Affirmed |
| 25751 | State v. Purtell | Affirmed |

**June 7, 2005**

| | | |
|---|---|---|
| 24843 | State v. Tokunaga | Dismissed |

**June 8, 2005**

| | | |
|---|---|---|
| 25144 | Anderson v. Douglas | Vacated |

**June 9, 2005**

| | | |
|---|---|---|
| 24082 | Samonte v. State | Affirmed |